UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>NAKURU McALLISTER,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:01-CR-423 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is defendant Nakuru McAllister's request for early termination of supervised release. (Doc. # 179). The government filed a response. (Doc. # 180).

　　　　The court sentenced defendant on August 19, 2003 to 121 months custody and five years of supervised release for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(iii). On May 13, 2009, the court reduced defendant's sentence to 120 months in custody based on sentencing reductions for crack cocaine offenses. Defendant began his term of supervised release on July 20, 2012.

　　　　Defendant has served just over half of his supervised release term. Defendant asserts that he has been a stable and contributing member to his community and his supervised release should be terminated early. Defendant has consistently been employed during his supervised release and is enrolled at the College of Southern Nevada pursuing his associate's degree in business management. Defendant's probation officer states that she is neutral as to defendant's early termination of supervision and will defer to the court's judgment. The government also defers to the court's judgment regarding defendant's request.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate probation after one year in the interests of justice. 18 U.S.C. § 3583(e)(1). Considering the above-mentioned factors, the court finds that defendant's supervised release should be terminated early. The court appreciates the positive steps defendant is taking and applauds his dedication to his rehabilitation. The court encourages defendant to continue on his current track.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant's request for early termination of supervised release (doc. # 179) be, and the same hereby is, GRANTED.

DATED March 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**